IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ~~05-2-96 (MJW)~~   05 — CV — 00096 — ZLW — MJW

DEBBIE ALCORTA,

Plaintiff,

v.

ROARING FORK SCHOOL DISTRICT,

Defendant.

---

## ORDER
( Docket No. 13 )

---

**THIS MATTER** having come before the court upon Defendant's Unopposed Motion to Amend Scheduling Order to Extend Discovery Period and Motion to Extend Time to File Dispositive Motions, and the court being fully advised in the premises,

**IT IS ORDERED** that the discovery deadline is extended up to and including October 20, 2005, and;

**IT IS ORDERED** that the dispositive motion deadline is extended up to and including November 3, 2005.

**DATED** this 12th day of September, 2005.

**BY THE COURT:**

~~Judge~~ Michael J. Watanabe, Magistrate Judge
United States District Court

G:\Roaring Fork\Alcorta\p\Order re Motion to Amend Sched Order 050909