IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

05-CV-00096-ZLW-MSW

Civil Action No. ~~05-2-96 (MJW)~~

DEBBIE ALCORTA,

Plaintiff,

v.

ROARING FORK SCHOOL DISTRICT,

Defendant.

---

## ORDER
(Docket No. 19)

THIS MATTER having come before the court upon Defendant's Unopposed Motion to Amend Scheduling Order to Extend Discovery Period and to Extend Time to File Dispositive Motions, and the court being fully advised in the premises,

IT IS ORDERED that the discovery deadline is extended up to and including October 26, 2005, and;

IT IS ORDERED that the dispositive motion deadline is extended up to and including November 9, 2005.

DATED this 7th day of October, 2005.

BY THE COURT:

_____
Michael J. Watanabe, Magistrate Judge
United States District Court

Order re Motion to Amend Sched Order 051006.doc