IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0096-ZLW-MJW

DEBBIE ALCORTA,

    Plaintiff,

v.

ROARING FORK SCHOOL DISTRICT,

    Defendant.

---

### ORDER DISMISSING CERTAIN CLAIMS

---

This matter was before the Court on January 5, 2006, for oral argument on Defendant's Amended Motion For Summary Judgment and the Motion To Withdraw filed by Plaintiff's counsel.  The Court heard the arguments and statements of counsel and made conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

    ORDERED that Defendant's Amended Motion For Summary Judgment (Doc. # 27) is denied in part and granted in part.  It is

    FURTHER ORDERED that Defendant's Amended Motion For Summary Judgment is denied as to Plaintiff's claim of disparate treatment under Title IX and Title VII with respect to the non-renewal of Plaintiff's contract only, as pleaded in the first claim for relief.  It is

FURTHER ORDERED that Defendant's Amended Motion For Summary Judgment is granted as to Plaintiff's claim of disparate treatment under Title IX and Title VII based on acts other than the non-renewal of Plaintiff's contract, as pleaded in the first claim for relief.  It is

FURTHER ORDERED that Defendant's Amended Motion For Summary Judgment is granted as to Plaintiff's claim of hostile work environment under Title IX and Title VII, as pleaded in the first claim for relief.  It is

FURTHER ORDERED that the First Claim for Relief is dismissed with prejudice to the extent that it alleges disparate treatment under Title IX and Title VII based on acts other than the non-renewal of Plaintiff's contract, and is dismissed with prejudice to the extent that it alleges hostile environment under Title IX and Title VII.  It is

FURTHER ORDERED that Defendant's Amended Motion For Summary Judgment is granted as to the second claim for relief for retaliation under Title IX and Title VII, and the second claim for relief is dismissed with prejudice.  It is

FURTHER ORDERED that the Motion To Withdraw As Counsel (Doc. # 39) filed by Plaintiff's counsel is **re-set for hearing on February 9, 2006, at 3:30 p.m.** in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado 80294.  Counsel for Plaintiff may appear at the hearing by telephone.  The Court will initiate the telephone call.  Plaintiff's counsel shall be reachable at their telephone number of record (970-945-2261) at 3:15 p.m. on

February 9, 2006, or shall inform the Court by February 7, 2006, if the Court should call a different telephone number.  It is

FURTHER ORDERED that the Order Of Reference to Magistrate Judge Michael J. Watanabe is withdrawn and the case is referred to Magistrate Judge Gudrun J. Rice, as specified in the Court's separate Order Of Reference.  It is

FURTHER ORDERED that Plaintiff's *ex parte* record on the Motion To Withdraw As Counsel is sealed.

DATED at Denver, Colorado, this   10   day of  January, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court