IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Civil Action No. 05-cv-00096-ZLW-GJR

DEBBIE ALCORTA,

    Plaintiff,

v.

ROARING FORK SCHOOL DISTRICT,

    Defendant.

## ORDER

After the telephone status conference on March 7, 2006, with appearances by Mr. Ratterman on behalf of the Defendant, and the Plaintiff, appearing pro se, this matter is set for settlement conference on Wednesday, March 22, 2006 beginning at 9:00 a.m. The settlement conference will be held in the offices of Leavenworth & Karp, P.C., 201 - 14th Street, Suite 200, Glenwood Springs, Colorado. All parties to appear in person.

The Defendant to tender settlement offer to the Plaintiff as soon as practicable.

The parties are to advise Magistrate Judge Gudrun Rice by no later than March 20, 2006 if the matter has been resolved or, if for any reason, the settlement conference cannot go forward as outlined above. Such communication can be either via e-mail to Rice_Chambers@cod.uscourts.gov or via telephone to (970) 241-8932.

Dated this 9th day of March, 2006.

                                                       BY THE COURT:

                                                       s/ Gudrun Rice

                                                       Gudrun Rice
                                                       U.S. Magistrate Judge

xc:    Leavenworth & Karp, P.C.