IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-0096-ZLW-MJW

DEBBIE ALCORTA,

    Plaintiff,

v.

ROARING FORK SCHOOL DISTRICT,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal, signed by Plaintiff and defense counsel, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney fees.  It is

    FURTHER ORDERED that the trial to jury previously set on October 3, 2006, at 10:30 a.m. is vacated.

    DATED at Denver, Colorado, this  27th  day of March, 2006.

                              BY THE COURT:

                              _____
                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court